**Continuing Abatement Order filed November 29, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00322-CR
_____

**TREVEIA SHAWNA MCCURDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCR-173702**

## CONTINUING ABATEMENT ORDER

On September 27, 2016, this court directed the trial court to execute a certification of the defendant's right of appeal. Our order required the trial judge to file the certification in the form of a supplemental clerk's. The record was to be filed with the clerk of this court on or before October 27, 2016. To date, the court has not received the certification.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's certification is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.

PER CURIAM